UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. _____

KAREEN CARR,

    Plaintiff,

v.

GEO CORRECTIONS HOLDINGS, INC.,

    Defendant.
_____/

## NOTICE OF REMOVAL

Defendant, GEO CORRECTIONS HOLDINGS, INC. ("Defendant" or "GEO"), by and through the undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby removes this action from the Circuit Court of the 15th Judicial Circuit in and for West Palm Beach County, Florida, where the action is now pending, to the United States District Court for the Southern District of Florida. The removal of this action is based upon the following:

1. On or about June 23, 2020, Plaintiff, KAREEN CARR ("Plaintiff"), filed a civil action against the Defendant in the Circuit Court of the 15th Judicial Circuit in and for West Palm Beach County, Florida, entitled *Kareen Carr v. GEO Corrections Holdings, Inc.*, Case No. 50-2020-CA-006682 (hereinafter referred to as the "State Court Action").

2. Plaintiff's Complaint alleges the following causes of action: (1) retaliation in violation of the Florida Civil Rights Act of 1992, Florida Statute, Chapter 760, *et seq.* ("FCRA") (Count I); and (2) retaliation in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e-2 (Count II).

3. This action is within the original federal question jurisdiction of the United States District Court pursuant to 28 U.S.C. § 1331, because Plaintiff has asserted federal claims under Title VII of the Civil Rights Act of 1964. This Court has supplemental jurisdiction over Plaintiff's state law claim(s) pursuant to 28 U.S.C. § 1367(a).

4. A copy of the Complaint and Summons in the State Court Action was served upon Defendant on June 24, 2020. This constituted Defendant's first legal notice of the State Court Action for purposes of removal. Thus, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), within thirty-days (30) from the date on which Defendant received notice of the State Court Action.

5. For the reasons stated above, this action is removable to this Court pursuant to the provisions of 28 U.S.C. §§ 1331 and 1441.

6. The District and Division embracing the place where such action is pending is the United States District Court for the Southern District of Florida, West Palm Beach Division. *See* 28 U.S.C. § 1441(a); 28 U.S.C. § 89(c). The Southern District, West Palm Beach Division, is the appropriate venue because Plaintiff alleges that the actions at issue took place in Palm Beach County, Florida.

7. A true and correct copy of all process, pleadings, orders and other papers or exhibits of every kind currently on file in the State Court Action are attached hereto as Composite Exhibit "A," as required by 28 U.S.C. § 1446(a).

8. Pursuant to 28 U.S.C. § 1446(d), Defendant has provided written Notice of the Removal to Plaintiff and has filed a copy of this Notice of Removal in the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, Florida. A copy of Defendant's Notice of Filing Notice of Removal is attached hereto as Exhibit "B."

DATED this 23rd day of July 2020.                    Respectfully submitted,

LITTLER MENDELSON, P.C.
Wells Fargo Center
333 S.E. 2nd Avenue, Suite 2700
Miami, Florida  33131
Tel:  (305) 400-7500
Fax: (305) 603-2552

By: */s/ Patrick G. DeBlasio, III*
Patrick G. DeBlasio, III, Esq.
Florida Bar No.: 0871737
E-mail:  pdeblasio@littler.com
Secondary: btapia@littler.com
Rebecca R. Anguiano, Esq.
Florida Bar No. 99690
E-mail: ranguiano@littler.com
Secondary: grivas@littler.com

COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 23rd day of July 2020, a true and correct copy of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below, and also via any additional manner noted below.

*/s/ Patrick G. DeBlasio, III*
Patrick G. DeBlasio, III, Esq.

## SERVICE LIST

Rainier Regueiro, Esq.
Florida Bar No.: 115578
REMER & GEORGES-PIERRE, PLLC
Comeau Building
319 Clematis Street, Suite 606
West Palm Beach, FL 33401
Telephone No.: (305) 225-1970
Facsimile No.: (305) 416-5005
E-Mail: rregueiro@rgpattorneys.com
E-Mail: aziani@rgpattorneys.com
E-Mail: gh@rgpattorneys.com

*Counsel for Plaintiff*
*Served via CM/ECF and E-mail*

4817-9691-8465.1 059218.1420